UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATISHA BELL,

                              Plaintiff,

            -against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, et al.,

                              Defendants.

26-CV-3956 (JPO)

ORDER OF SERVICE

J. PAUL OETKEN, District Judge:

Plaintiff Latisha Bell, who is currently incarcerated in the Bedford Hills Correctional

Facility, brings this action *pro se*.  She asserts claims for damages arising from events that are

alleged to have occurred while she was a pretrial detainee held in the Rose M. Singer Center

("RMSC"), a New York City Department of Correction ("DOC") jail on Rikers Island.  Plaintiff

sues: (1) the DOC; (2) Captain Alexis; (3) Captain Bletch; (4) Captain Malloney (or Maloney);

(5) an unidentified "Jane Doe" Correction Officer Defendant; and (6) Captain King.  The Court

construes Plaintiff's complaint as asserting claims of federal constitutional violations under 42

U.S.C. § 1983, as well as claims under state law.

By order dated May 26, 2026, the court granted Plaintiff's request to proceed without

prepayment of fees, that is, *in forma pauperis* ("IFP").[1]  For the reasons set forth in this order,

the Court drops the DOC as a defendant in this action and adds, under Rule 21 of the Federal

Rules of Civil Procedure ("Rule 21"), the City of New York as a defendant in this action.  The

---

[1] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed IFP.  *See* 28 U.S.C. § 1915(b)(1).  In an abundance of caution, the Court has restricted public electronic access to Plaintiff's IFP application because, in that document, Plaintiff may have revealed the full name of a minor child, which is prohibited under Rule 5.2 of the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 5.2(a)(3).

Court requests that the City of New York and Captains Alexis, Bletch, Malloney (or Maloney), and King waive service of summonses. The Court also directs that the City of New York and Captains Alexis, Bletch, Malloney (or Maloney), and King comply with Local Civil Rule 33.2. The Court further directs the Corporation Counsel of the City of New York to provide Plaintiff and the Court with the identity and, if appropriate, badge number and service address of the unidentified "Jane Doe" Correction Officer Defendant.

## DISCUSSION

### A.    The DOC

Under Rule 21, the Court, on its own, "may[,] at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21; *see Anwar v. Fairfield Greenwich, Ltd.*, 118 F. Supp. 3d 591, 618-19 (S.D.N.Y. 2015) (Rule 21 "afford[s] courts discretion to shape litigation in the interests of efficiency and justice."). "In *pro se* actions, courts can and have, under Rule 21, dropped an institutional defendant when it is an improper defendant and, under that same rule, substituted that dropped defendant by adding the proper institutional defendant." *Hayes v. Westchester Med. Ctr.*, No. 25-CV-10273, 2026 WL 412121, at *1 (S.D.N.Y. Feb. 13, 2026). This reflects the intent of Rule 21. *See Truncale v. Universal Pictures Co.*, 82 F. Supp. 576, 578 (S.D.N.Y. 1949) ("In so far as [Rule 21] relates to the addition of parties, it is intended to permit the bringing in of a person who, through inadvertence, mistake or for some other reason, had not been made a party and whose presence as a party is later found necessary or desirable.").

The DOC—an agency of the City of New York, *see* N.Y. City Charter ch. 25, §§ 621-27—is not a suable entity; suits arising from acts of the DOC must be brought against the City of New York, *see* N.Y. City Charter ch. 17, § 396. Accordingly, and in light of Plaintiff's *pro se* status, the Court directs the Clerk of Court to drop the DOC as a defendant in this action and to

add the City of New York as a defendant in this action, under Rule 21. The addition of the City

of New York as a defendant in this action is without prejudice to any defenses that the City of

New York may assert in this action.

**B.      The City of New York and Captains Alexis, Bletch, Malloney (or Maloney), and King**

The Court directs the Clerk of Court to electronically notify the DOC and the New York

City Law Department of this order.  The Court requests that the City of New York and Correction

Captains Alexis, Bletch, Malloney (or Maloney), and King (who were allegedly assigned to the

RMSC on Rikers Island in May 2023) waive service of summonses and that the New York City

Law Department respond as directed in the *Valentin* instructions discussed below.

**C.      Local Civil Rule 33.2**

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to

respond to specific, court-ordered discovery requests, applies to this action.  Those discovery

requests are available on the Court's website under "Forms" and "Local Rule 33.2 Interrogatories

& Requests for Production of Documents – Prisoner Cases," and are titled "Plaintiff's Local

Civil Rule 33.2 Interrogatories and Request for Production of Documents."  Within 120 days of

the date of entry of this order, the City of New York, and Captains, Alexis, Bletch, Malloney (or

Maloney), and King must serve responses to these standard discovery requests.  In their

responses, these Defendants must quote each request verbatim.[2]

---

[2] If Plaintiff would like copies of these discovery requests before receiving these Defendants' responses and does not have access to the website, she may request them from the court's Pro Se Intake Unit.

**D.      Unidentified "Jane Doe" Correction Officer Defendant**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the court in identifying an unidentified defendant and ascertaining a defendant's service address.  121 F.3d 72, 76 (2d Cir. 1997).  In the complaint, Plaintiff supplies sufficient information to permit the DOC to identify the unidentified "Jane Doe" Correction Officer Defendant; he or she is a Correction Officer who was assigned to the vicinity of an RMSC housing-unit holding cell (or "bullpen") on May 10, 2023, and who had a conversation with Captain King about why Plaintiff was, at that time, held in that holding cell awaiting to be transferred to a housing unit known as "P.C." or "P.C.H.U."  (*See* ECF 1, at 9-10.)  It is therefore ordered that the Corporation Counsel of the City of New York, who is the attorney for and agent of the DOC, must ascertain the identity of this unidentified "Jane Doe" Correction Officer Defendant whom Plaintiff seeks to sue here and, if appropriate, that individual's badge number as well as the address where this Defendant may be served.[3]  The Corporation Counsel must provide this information to Plaintiff and the Court within 60 days of the date of this order.

Within 30 days of receiving this information, Plaintiff must file an amended complaint naming that individual as a Defendant and providing, if appropriate, that individual's badge number and service address. The amended complaint will replace, not supplement, the original complaint.  An amended complaint form that Plaintiff should complete is attached to this order.

---

[3] If the unidentified "Jane Doe" Correction Officer Defendant is a current or former DOC employee or official, the Corporation Counsel should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for actions involving DOC Defendants, rather than by personal service at a DOC facility.  If the unidentified "Jane Doe" Correction Officer Defendant is not a current or former DOC employee or official, but otherwise works or worked for the DOC, the Corporation Counsel must provide a residential address where the individual may be served.

Once Plaintiff has filed an amended complaint, the Court will screen it and, if necessary, issue an order requesting that the newly named Defendant waive service of a summons and directing that Defendant to comply with Local Civil Rule 33.2.

**E.    City Bar Justice Center**

The City Bar Justice Center ("CBJC") operates the SDNY Federal Pro Se Legal Assistance Project to assist parties representing themselves with civil actions in this court. Appointments can be scheduled by completing the CBJC's intake form.  If Plaintiff is not able to complete this form, or if Plaintiff has questions about the form, Plaintiff should call (212) 382-4794.  An informational flyer and a limited scope legal assistance retainer agreement are attached to this order.

### CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court drops the New York City Department of Correction ("DOC") as a defendant and adds the City of New York as a defendant in this action under Rule 21 of the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 21.

The Court also directs the Clerk of Court to electronically notify the DOC and the New York City Law Department of this order.  The Court requests that the City of New York and Correction Captains Alexis, Bletch, Malloney (or Maloney), and King (who were allegedly assigned to the RMSC on Rikers Island in May 2023) waive service of summonses and that the New York City Law Department respond as directed in the *Valentin* instructions listed above.

An amended complaint form, a CBJC informational flyer, and a CBJC limited scope legal assistance retainer agreement are attached to this order.

The Court further directs the City of New York, and Captains Alexis, Bletch, Malloney (or Maloney), and King to comply with Local Civil Rule 33.2 within 120 of the date of entry of this order.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    July 2, 2026
          New York, New York

_____
J. PAUL OETKEN
United States District Judge

6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____
Write the full name of each plaintiff.

-against-

_____

_____

_____

_____
Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

_____CV_____
(Include case number if one has been assigned)

**AMENDED**
**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/20/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_____

First Name              Middle Initial              Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_____

Current Place of Detention

_____

Institutional Address

_____

County, City                          State                    Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐   Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name                Last Name                        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                        State                    Zip Code

Defendant 2:

First Name                Last Name                        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                        State                    Zip Code

Defendant 3:

First Name                Last Name                        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                        State                    Zip Code

Defendant 4:

First Name                Last Name                        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                        State                    Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

_____

_____

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Prison Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## HOW TO ACCESS OUR SERVICES

For assistance, please reach out to us via mail at:

**Thurgood Marshall Federal Courthouse
CBJC Pro Se Legal Assistance Project
40 Foley Sq LL22
New York, NY 10007.**



Upon receipt of your letter, we will follow up with application materials.

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self- represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project **assists incarcerated litigants** on a variety of federal legal issues, including 1983 matters, civil rights cases, and others.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist individuals by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court



**CITY BAR JUSTICE CENTER**

SDNY Federal Pro Se Legal Assistance Project

## LIMITED SCOPE LEGAL ASSISTANCE RETAINER AGREEMENT

This agreement explains the terms of the limited legal assistance that the City Bar Justice Center ("CBJC") has agreed to perform for you through its Federal Pro Se Legal Assistance Projects ("Projects"). Writing your name at the end demonstrates your agreement to the terms herein.

### I.    LIMITS OF ASSISTANCE

The Projects agree to provide only limited scope legal assistance in connection with your matter. This means that:

- You remain a self-represented (pro se) litigant and are responsible for all aspects of your case. CBJC is not your attorney of record in this matter. In the event that you are or become a party to a case in the Eastern District of New York or the Southern District of New York or any other forum, CBJC will not enter an appearance or otherwise act on your behalf without expressly agreeing to do so and entering into a separate signed agreement with you. CBJC has no obligation to enter into any such agreement.

- CBJC has sole discretion to determine the specific type of services provided. These services may include providing advice and counsel about your case, explaining court orders and procedures, reviewing and commenting on your drafts, assisting with drafting, and discussing strategy.

- This retainer covers this consultation only. CBJC can stop assisting you with this matter at any time for any reason consistent with the New York Rules of Professional Conduct.

- CBJC has not agreed to represent or assist you on any other matter in the future. If CBJC does agree to any representation on another matter, then a separate signed retainer agreement will be necessary.

- You may request but are not guaranteed subsequent appointments. CBJC will only provide assistance on subsequent appointments if it provides you with confirmation to you of such assistance, via email or otherwise, with such additional assistance governed by the terms of this agreement, including that the assistance is for that consultation only and that CBJC has sole discretion to decide whether it will provide any additional future consultations.

- You are responsible for and must meet all deadlines in your case, regardless of whether you are able to have an appointment at the Projects in the Eastern District or the Southern District.

## II.    FREE ASSISTANCE, NON-ATTORNEY PROVIDERS, AND COMPETENCY

CBJC does not charge for this assistance. You may be assisted by law students and/or paralegals under the supervision of an attorney consistent with the Rules of Professional Responsibility. CBJC's assistance does not guarantee success or any particular outcome but that CBJC will provide competent assistance.

## III.    TERMINATION OF ASSISTANCE

Your participation is entirely voluntary, and you are free to stop receiving CBJC's limited scope assistance at any time. CBJC may stop providing limited assistance at its sole discretion consistent with the New York Rules of Professional Conduct. If CBJC chooses to stop providing limited assistance, it will provide notice by email, mail, or phone.

## IV.    COSTS OF LITIGATION

Filing a lawsuit or defending against a case when you are sued can involve costs. You are responsible for all costs, including filing fees. The CBJC will not pay for any costs associated with your case. The Court may allow you to proceed without paying filing fees (this is called "proceeding in *forma pauperis*"). Whether you are allowed to proceed in *forma pauperis* is entirely up to the Court.

## V.    CONFIDENTIALITY

CBJC will take all reasonable steps to maintain any information you provide as confidential.

## VI.    REVIEW AND CONSENT

If you have questions or concerns, please leave a voicemail for the Project at (212) 382-4794, and someone will call you back to discuss this agreement.

By signing and writing today's date below, you indicate that you: have had an opportunity to discuss this agreement with CBJC or another Attorney of your choice; have read and understand this agreement; consent to the terms of this agreement; and understand the possible risks and benefits of proceeding with limited scope assistance.

_____          _____

Signature                                                                            Date

**Please mail these completed forms to the City Bar Justice Center, Pro Se Legal Assistance Project, 40 Foley Square, LL22, New York, NY 10007.**

 **CITY BAR JUSTICE CENTER**

SDNY Federal Pro Se Legal Assistance Project

Name: _____ Date of Birth: _____

Facility: _____ Identification # _____

**How did you hear about our clinic? (circle one)**

Pro Se Intake Office          Website               Conference/Hearing with the Judge

Pro Se Information Package    Friend/Family         Order/Letter from the Judge

Other: _____

**Do you already have an open case with the federal court? (circle one)**     Yes     No

**If yes, what is your case number?** _____

**If yes, which courthouse is it in? (circle one)**     Manhattan     White Plains

**Ethnicity? (circle one)**

Asian/Pacific Islander       Hispanic              Caucasian

Black                        Middle Eastern        Decline to answer

African                      Caribbean             Other:_____

Native American              South Asian

**Gender?** _____

**Education level? (circle one)**

8th grade or less            GED                   2-4 years of college/vocational school

Some high school             College graduate      Decline to answer

High school graduate         Graduate degree

**Please mail these completed forms to the City Bar Justice Center, Pro Se Legal Assistance Project, 40 Foley Square, LL22, New York, NY 10007.**

 **CITY BAR JUSTICE CENTER**
SDNY Federal Pro Se Legal Assistance Project

**Immigration status? (circle one)**

U.S. citizen (born in U.S.)        Naturalized U.S. citizen        Legal Permanent Resident

(Born in:_____)

No lawful status        Decline to answer        Other:_____

**Marital status? (circle one)**

Single                                Married

Divorced                            Separated

Widowed                          Decline to answer

**Do you have a disability? (circle all that apply)**

No                                Mental health                Vision

Hearing                        Mobility                Memory

Homebound                Decline to answer        Other:_____

**What is your primary language?** _____

**LGBTQ+? (circle one)**        Yes        No        Decline to answer

**Veteran?** _____

**Please mail these completed forms to the City Bar Justice Center, Pro Se Legal Assistance Project, 40 Foley Square, LL22, New York, NY 10007.**